UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILKY WAY INTERNATIONAL TRADING
CORPORATION,

Plaintiff,

-v.-

STARR SURPLUS LINES INSURANCE
COMPANY,

Defendant.

25 Civ. 9432 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Plaintiff Milky Way International Trading Corporation brought this action on November 12, 2025. *See* ECF No. 1. On January 9, 2026, Defendant Starr Surplus Lines Insurance Company moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* ECF No. 14. On February 10, 2026, after securing an extension, *see* ECF No. 18, Plaintiff filed an amended complaint. *See* ECF No. 20. Defendant filed its answer on February 23, 2026. ECF No. 22. Accordingly, Defendant's motion to dismiss the complaint, ECF. No. 14, is hereby DENIED as moot.

The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

Dated: March 11, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge