UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILKY WAY INTERNATIONAL TRADING
CORPORATION,

                Plaintiff,

       -v.-

STARR SURPLUS LINES INSURANCE
COMPANY,,

                Defendants.

---

25 Civ. 9432 (JHR)

ORDER OF DISMISSAL

JENNIFER H. REARDEN, District Judge:

The Court, having been informed on June 29, 2026 that the parties agreed to execute a formal settlement agreement on or before July 10, 2026, *see* ECF No. 35, hereby ORDERS that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 14 days** of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any such application filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to Paragraph 6.C of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to CLOSE the case.

SO ORDERED.

Dated: July 1, 2026
      New York, New York

                              JENNIFER H. REARDEN
                              United States District Judge